# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE WALKER GOGGINS, | Case No. 2:21-cv-00655-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| HOUSING URBAN DEVELOPMENT, et al., | |
| Defendants. | |

On April 21, 2021, Plaintiff filed an application to proceed *in forma pauperis* and submitted a complaint. Docket Nos. 1, 1-1. On April 23, 2021, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 3. The Court permitted Plaintiff to file an amended complaint no later than May 26, 2021. *Id.* at 6. However, it appears that the mailing address Plaintiff provided is deficient and, therefore, Plaintiff never received the Court's order dismissing her complaint with leave to amend. *See* Docket No. 4. A *pro se* party must immediately file with the Court written notification of any change of mailing address; failure to do so "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, Plaintiff is hereby **ORDERED** to file her updated address with this Court, no later than July 6, 2021. Failure to comply with this order will result in a recommendation to the District Judge that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: June 3, 2021

_____
Nancy J. Koppe
United States Magistrate Judge