UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE WALKER GOGGINS,<br><br>    Plaintiff,<br><br>v.<br><br>HOUSING URBAN DEVELOPMENT, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00655-RFB-NJK<br><br>**REPORT AND RECOMMENDATION** |

On April 23, 2021, the Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed her complaint with leave to amend. Docket No. 3. The Court permitted Plaintiff to file an amended complaint no later than May 26, 2021. *Id.* at 6. However, it appeared that Plaintiff never received the Court's order dismissing her complaint with leave to amend because the mailing address she provided was deficient. *See* Docket No. 4. As a result, on June 3, 2021, the Court ordered Plaintiff to file her updated address no later than July 6, 2021. Docket No. 6. The Court cautioned Plaintiff that failure to file her updated address would result in a recommendation to the District Judge that this case be dismissed without prejudice. *Id.* To date, Plaintiff has failed to file an updated address with this Court. *See* Docket. A *pro se* party's failure to file with the Court written notification of any change of mailing address "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, **IT IS RECOMMENDED** that this case be dismissed without prejudice.

Dated: July 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

**NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).